UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL HUTCHINSON,

        Plaintiff,                                Case No. 1:13cv285

v.                                                       Hon. Robert J. Jonker

JAMES TAWNEY,

        Defendant.
_____/

## ORDER
## APPROVING AND ADOPTING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on November 12, 2013. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 12, 2013, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that defendant's motion for summary judgment (docket #11) is **GRANTED** for failure to exhaust administrative remedies and that this action is **DISMISSED**.

                                                                        /s/ Robert J. Jonker
                                                                      ROBERT J. JONKER
                                                     UNITED STATES DISTRICT JUDGE

DATED:  December 30, 2013.